■ In the Matter of Jeremiah C. Scholl, Appellant, v Brandi L. Mitri, Respondent. [17 NYS3d 355]—Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered May 2, 2014 in a proceeding pursuant to Family Court Act article 6. The order directed that petitioner shall have supervised visitation with the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.